# ZDARSKY, SAWICKI & AGOSTINELLI LLP
### ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

May 24, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: **Dennis and Donna Kurtz**
    **Case No. 07-2512B**

Ladies and Gentlemen:

Enclosed is my check no. 10114 for $10.48, payable to the Clerk, representing the dividend(s) payable as follows, which are each less than $5.00:

| Claim No. | Creditor | Amount |
|---|---|---|
| 1 | Discover Bank | $4.64 |
| 2 | HSBC U.S.A., N.A. | $2.39 |
| 3 | Dell Financial Services | $1.00 |
| 7 | LVNV Funding LLC | $0.56 |
| 8 | LVNV Funding LLC | $0.96 |
| 9 | eCAST Settlement Corporation | $0.93 |

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure


RECEIVED MAY 25 2010 BANKRUPTCY COURT BUFFALO, NY